**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ABDULLAH HANEEF IBN-SADIIKA, | : | No. 98 WM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COUNTY OF ALLEGHENY; DEPT. OF | : | |
| COURT RECORDS; AND KATE | : | |
| BARKMAN, DIRECTOR OF DEPT. OF | : | |
| COURT RECORDS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.